James P. Jones
Chief Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
NOV 23 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

November 23, 2005

Mr. Harold L. Miles, Sr.
40 East Gay Street
Staunton, VA 24401

      Re:    United States v. Scott Bradley Miles
               Case No. 5:01CR70039

Dear Mr. Miles:

      I understand from the Bureau of Prisons that where a federal court orders its federal sentence to run concurrent with a previously imposed state sentence, a nunc pro tunc designation may be made, whereby the Bureau of Prisons designates the state facility as the place for service of a federal sentence. Based on the language of the J&C, when Scott Miles is received into BOP custody, the BOP should automatically consider whether a nunc pro tunc designation is warranted. If he is not automatically considered, he should make a nunc pro tunc request to the Inmate Systems Manager.

                               Sincerely yours,

                               JAMES P. JONES

/sc

cc:    Clerk's Office
       W.R. Good, USPO
       Anthony P. Giorno, AUSA