CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
V.

SCOTT BRADLEY MILES

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: DVAW501CR700039-001

Case Number:

USM Number: 08606-084

Joel Hoppe, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1 through 6 of the term of supervision.

☐ was found in violation of condition(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory Condition | The defendant has admitted to driving violations, and has tested positive for drug use, all in violation of the condition that he abide by all laws. | 12/20/2011 |
| 2 - Mandatory Condition | The defendant has tested positive for methamphetamine use in violation of the condition that he not unlawfully possess controlled substances. | 12/20/2011 |
| 3 - Standard Condition #7 | The defendant has tested positive for methamphetamine use in violation of the condition that he not use or possess controlled substances. | 12/20/2011 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-9410

Defendant's Date of Birth: 1970

Defendant's Residence Address:

Staunton, VA

Defendant's Mailing Address:

Staunton, VA

April 3, 2012
Date of Imposition of Judgment

Signature of Judge

Glen E. Conrad, Chief United States District Judge
Name and Title of Judge

APRIL 5, 2012
Date

DEFENDANT: SCOTT BRADLEY MILES
CASE NUMBER: DVAW501CR700039-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 4 - Standard Condition #8 | The defendant violated the condition that he not frequent places where controlled substances are sold, distributed or administered. | 12/20/2011 |
| 5 - Standard Condition #5 | The defendant violated the condition that he maintain regular employment, unless excused by the supervising probation officer. | 11/14/2011 |
| 6 - Standard Condition #3 | The defendant failed to follow the instructions of the probation officer, by failing to contact educational and employment assistance programs. | 11/14/2011 |

DEFENDANT: SCOTT BRADLEY MILES
CASE NUMBER: DVAW501CR700039-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Fifteen (15) Months.

All fines and assessments having been paid in full, no further financial obligation is owed.
No further term of supervised release is imposed.

☒ The court makes the following recommendations to the Bureau of Prisons:

Placement in BOP facility as near as possible to defendant's home

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before ________ on ______________

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ______________ to ______________

a ______________ , with a certified copy of this judgment.

______________
UNITED STATES MARSHAL

By ______________
DEPUTY UNITED STATES MARSHAL